UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| HAARIS SYED,<br><br>                  Plaintiff,<br><br>   v.<br><br>COUNTY OF LOS ANGELES; COUNTY OF LOS ANGELES HORIZONS DEFERRED COMPENSATION AND THRIFTPLAN ADMINISTRATIVE COMMITTEE; and COUNTY OF LOS ANGELES 401(k) SAVINGS PLAN ADMINISTRATIVE COMMITTEE,<br><br>                  Defendants. | Case No.: 2:19-cv-10410-GW-KESx<br><br>Complaint Filed: December 9, 2019<br>FAC Filed: February 28, 2020<br>SAC Filed: July 21, 2020<br><br>[~~PROPOSED~~] **ORDER RE PROTECTIVE ORDER**<br><br>**Trial Date**<br>February 15, 2022<br><br>**Final Pre-Trial Conference**<br>February 3, 2022<br><br>**Discovery Cut-off**<br>September 28, 2021 |

## ORDER

On July 19, 2021, Plaintiff Haaris Syed and Defendants County of Los Angeles, the County of Los Angeles Horizons Deferred Compensation and Thrift Plan Administrative Committee and the County of Los Angeles 401(k) Savings Plan Administrative Committee, filed a Joint Stipulation and Protective Order.

///

///

///

1

1   Upon due consideration, and for good cause appearing, the Court **GRANTS**
2   and hereby approves the Joint Stipulation and Protective Order.
3   **IT IS SO ORDERED.**

DATED: July 20, 2021

_Karen E. Scott_
HON. KAREN E. SCOTT
MAGISTRATE JUDGE